IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 98-599RRM |
| v. ) | |
| ) | |
| KIRK ALBERTSON and ) | |
| JOSEPH CORRADO, ) | |
| ) | |
| Defendants ) | |

### SATISFACTION OF JUDGMENT

The judgment entered February 22, 1999, in regard to the above-referenced action has been paid in full and should be considered satisfied.

_____
Richard Forsten, Esquire
Attorney for Joseph Corrado

Dated: 7-14-08